Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.      ) | Criminal No. 14-CR-10344-FDS |
| ) | |
| JOHN A. FAHERTY   ) | |

## WAIVER OF INDICTMENT

I, JOHN A. FAHERTY, the above-named defendant, who is accused of subscribing to a false income tax form, in violation of 26 U.S.C. §7206(1), being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on January 23, 2015, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____ F. Dennis Saylor, IV
         Judicial Officer