UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:14-CR-10344-FDS |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN FAHERTY, | ) | April 8, 2015 |
| | ) | |
| Defendant | | |

## MOTION FOR NON-GUIDELINE SENTENCE

In accordance with Amended Procedural Order Re: Sentencing Hearing dated January 21, 2015, Defendant John Faherty hereby moves for a non-guideline sentence and in support thereof submits the attached Defendant's Memorandum In Aid of Sentencing.  guideli

Wherefore, Defendant requests the Court to render a non –guideline sentence.

The Defendant

John Faherty

By_____

**RICHARD G. CONVICER**
Convicer & Percy , LLP
2389 Main St.
Glastonbury, CT  06033
Bar No. 678316
Tel:  (860) 657-9040
Fax: (860) 657-9039
Email: rconvicer@convicerpercy.com

## CERTIFICATION

I hereby certify that on April 8, 2015, a copy of the foregoing Defendant's Motion for Non-Guideline sentence and Memorandum In Aid of Sentencing were filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system and to the assigned Probation Officer. Parties may access this filing through the court's filing through the court's CM/ECF System.

_____
Richard G. Convicer
Convicer & Percy, LLP
2389 Main St.
Glastonbury, CT  06033
Bar No. 678316
Tel:  (860) 657-9040
Fax: (860) 657-9039
Email: rconvicer@convicerpercy.com